FILED

08 FEB 22 PM 1: 16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                   )<br>           Plaintiff,              )<br>     v.                            )<br>                                   )<br> FRANCISCO JAVIER RAMIREZ,         )<br>                                   )<br>           Defendant.              )<br>_____) | Criminal Case No. 08-MJ-0470-WMC<br><br>ORDER TO DISMISS COMPLAINT<br>WITHOUT PREJUDICE |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint in the above-captioned case is dismissed, as to Defendant FRANCISCO JAVIER RAMIREZ, without prejudice.

**IT IF FURTHER ORDERED** that Defendant FRANCISCO JAVIER RAMIREZ be released as soon as possible if he is in custody or that his bond be exonerated if a bond has been posted.

**IT IS SO ORDERED.**

DATED: February 22, 2008.

_____
WILLIAM McCURINE, JR., Magistrate Judge
United States District Court